DEAN, Appellant, v. F. R. LONG CO., Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Caspar W. Dean against the F. R. Long Company. H. H. Bowman, for appellant. N. Zabriskie, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DEEGAN, Respondent, v. GUTTA PERCHA & RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Daniel Deegan against the Gutta Percha & Rubber Manufacturing Company. No opinion. Motion denied. See, also, 115 N. Y. Supp. 291.

DENT REALTY CO., Respondent, v. CHELTON PARK REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by the Dent Realty Company against the Chelton Park Realty Company and another. No opinion. Judgment affirmed, with costs.

DEVINE, Respondent, v. ALPHONS CUSTODIS CHIMNEY CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Patrick Devine against the Alphons Custodis Chimney Construction Company. J. C. Robinson, for appellant. O. N. Jacoby, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. CLARKE, J., dissenting. See, also, 126 App. Div. 7, 110 N. Y. Supp. 119.

DIECKMAN, Respondent, v. LASAROVITZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Louisa Dieckman against Sigmond Lasarovitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

DODD, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William P. Dodd against William J. Anderson, administrator, etc., of William H. Anderson, deceased. PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Does the complaint state a cause of action? See, also, 115 N. Y. Supp. 688. BURR, J., taking no part.

DONOVAN, Respondent, v. VILLAGE OF OWEGO, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Katherine Donovan against the village of Owego. No opinion. Judgment and order unanimously affirmed, with costs.

DOUGHERTY, Respondent, v. FROELICH, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by John Dougherty against Helen Froelich, as executrix. L. B. Faber, for appellant. C. J. Earley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DRESSEL et al., Appellants, v. A. HUPFEL'S SONS, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Simon Dressel and another against A. Hupfel's Sons. M. Grossman, for appellants. A. Benedict, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUNCAN, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Lorenzo Duncan against the Nassau Electric Railroad Company and the Brooklyn Heights Railroad Company. PER CURIAM. Judgment reversed on reargument, and new trial granted before the court, costs to abide the event, unless the plaintiff consent to reduce the damages to $3,000, in which case the judgment, as so reduced, is affirmed, without costs here. See, also, 127 App. Div. 252, 111 N. Y. Supp. 210.

DWYER, Appellant, v. SCUDDER, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Thomas H. Dwyer against Arthur Scudder. No opinion. Judgment unanimously affirmed, with costs.

In re EAST 179TH ST. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of the opening of East 179th street. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EDGERLEY, Appellant, v. BLACKBURN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Oscar M. Edgerley against Samuel P. Blackburn and another. H. M. Hewson, for appellant. J. S. Ross, for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. CLARKE and SCOTT, JJ., dissent.

ELECTRO-TINT ENGRAVING CO., Appellant, v. AMERICAN HANDKERCHIEF CO., Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by the Electro-Tint Engraving Company against the American Handkerchief Company. E. C. Crowley, for appellant. M. G. Clarke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 115 N. Y. Supp. 34.

ELIAS, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Najra